Grigorii Duralev
6429 Spectrum
Spectrum, CA 92618
(312) 709-4894
duralevg@gmail.com

## THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grigorii Duralev Petitioner,<br><br>v.<br><br>The Board of Immigration Appeals, Respondent. | CASE № 8:24-cv-00369-CJC-(DFMx)<br><br><br>**PROOF OF SERVICE** |

I am a Petitioner of the above-captioned case Grigorii Duralev confirm that served the Notice, Motion for Entry of a Default Judgment, Proposed Judgment, Petitioner's Declaration, all integral attachments and exhibits accompanied the Petitioner's declaration, and Proof of Service, by a certified mail through the USPS on 05/23/2024 to the following addresses:

(1) Civil Process Clerk U.S. Attorney Office, 300 N. Los Angeles St., suite7516, Los Angeles, CA 90012

(2) EOIR DOJ, 5107 Leesburg Pike, Falls Church, VA 22041

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2024, in California.     /s/Grigorii Duralev

Grigorii Duralev
6429 Spectrum
Spectrum, CA 92618
(312) 709-4894
duralevg@gmail.com
PRO-SE

## THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grigorii Duralev<br>Petitioner, | CASE № 8:24−cv−00369 CJC (DFMx) |
| v. | **NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT FRCP №55, PETITIONER'S DECLARATION** |
| The Board of Immigration Appeals,<br>Respondent | Before the U.S. District Judge, Honorable Cormac J. Carney |

1      **NOTICE AND MOTION FOR DEFAULT JUDGMENT**

2      **PLEASE TAKE NOTICE** that, a Petitioner of this case, Grigorii

3  Duralev, will and hereby does, respectfully move the Honorable Court

4  for entry of default judgment on the basis of the following reasons:

5      (1) The Respondent is not an infant or incompetent, but the U.S.
6  Federal Agency.

7      (2) The Respondent was fully served with all documents timely to
8  all addresses in conformity with FRCP 4. See (Dkt 14)

(3) Following the Petitioner's Declaration, there is no possibility of excusable neglect when the defendant is properly served and then, provided the Respondent with a letter focusing its attention about the litigation and due date ordered for answer. (Exhibit 1)

(4) The Respondent failed to answer or otherwise plead in response to the Plaintiff's Complaint within the due date ordered by the Court as of May 17, 2024. (See Dkt.14) The Respondent did not even appear or otherwise showed up before the Court disregarding the Petitioner's efforts to bring the Respondent's attention to the litigation.

(5) The Petitioner is entitled to an entry of Default entered against the Respondent.

(6) The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply to this case

The Petitioner is fully aware of that "A decision to grant or deny a motion for default judgment rests in the sound discretion of the trial court. Madsen v. Bumb, 419 F.2d 4 (9th Cir. 1969)

However, when, like in the present case, the Respondent, after having been notified several times about litigation against him, did not only fail to plead but also even to appear before the Court, it constitutes a waiver or abandonment of non-raised issues at any level of litigation. See Zixiang Li v. Kerry, 710 F.3d 995, 1000 n.4 (9th Cir. 2013):

See Nghiem v. NEC Elec., Inc., 25 F.3d 1437, 1442 (9th Cir. 1994) ("An appellate court will dismiss arguments not raised at the district court unless there are exceptional circumstances."); G & S Holdings LLC v. Cont'l Cas. Co., 697 F.3d 534, 538 (7th Cir. 2012) ("[A] party waives an argument by failing to make it before the district court...")

1       The legal action upon which the Petitioner respectfully Requests
2   a Motion for Entry of a Default Judgment does not presuppose the
3   calculation of any amount for damages but is a Petition for a Writ of
4   Mandamus to compel the Federal Agency, specifically – Board of
5   Immigration Appeals (BIA), to perform its undeniable duty and
6   pursuant to APA 5 U.S.C. §705(1) stop unreasonable delaying to act
7   over the Petitioner's Motion to Reopen the case based on ineffective
8   assistance of counsel which had been pending before the BIA for more
9   than eight hundred days from the day it was filed on 12/13/2021.

10       The Petitioner served the Respondent and its representatives –
11   the U.S. Attorney Office, with the Notice, Motion, Proposed Judgment,
12   Declaration, and all other integral Attachments and Exhibits on
13   05/23/2024 as declared in Proof of Service.

14       In case a hearing is required over this Motion, I respectfully
15   propose to set it up on 06/11/2024 at 2pm. This satisfies the period
16   required for Notice to be given to the defaulting party pursuant to Rule
17   55(b)(2) of the Federal Rules of Civil Procedure, which is 7 days.

18       This Motion is accompanied by the Notice and supported by the
19   Petitioner's declaration.

20       For the foregoing reasons, with all due respect, the Petitioner
21   requests the Honorable Court to grant this Motion.

22       Respectfully submitted on May 23, 2024.
23       /s/ Grigorii Duralev